Haywood **WILLIAMS, Jr.**, Petitioner-Appellant,

v.

**UNITED STATES of America,**
**Respondent-Appellee.**

No. 29851.

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 1970.

---

* Hon. Fred M. Taylor, Chief United States District Judge for the District of Idaho, sitting by designation.

———◆———

Haywood Williams, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Atlanta, Ga., for appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

█ This appeal is taken from an order of the district court denying the petition of a federal convict for the writ of habeas corpus. We affirm.[1]

Appellant alleges that he has been deprived of 75 days of his accumulated good time without being given a hearing. The district court found from the record that appellant was present at a hearing before the good time forfeiture board, resulting in the board recommending forfeiture of good time. The record reflects that this is correct.

█ Appellant does not indicate that he has applied to the Director of the Bureau of Prisons for a recommendation to restore his good time. Before a prisoner can avail himself of judicial review for loss of good time, he must first exhaust his administrative remedies. 18 U.S.C. § 4166. Gilchrist v. United States, 5th Cir. 1970, 429 F.2d 1132 [No. 29456, June 17, 1970]; Lynch v. United States, 5th Cir. 1969, 414 F.2d 281;

Smoake v. Willingham, 10th Cir. 1966, 359 F.2d 386. The judgment below is affirmed.

Affirmed.

---

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.